```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JOHN WESLEY WILLIAMS, et al.,
11          Plaintiffs,                      No. CIV S-05-2543 MCE KJM P
12      vs.
13  JEANNIE S. WOODFORD, et al.,
14          Defendants.                      ORDER
15                                    /
```

16          Plaintiffs, state prisoners proceeding pro se, have filed a civil rights action

17  pursuant to 42 U.S.C. § 1983.  In the complaint, plaintiffs allege violations of their civil rights by

18  defendants.  The alleged violations took place in Kern County, which is part of the Fresno

19  Division of the United States District Court for the Eastern District of California.[1]  See Local

20  Rule 3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22  the proper division of a court may, on the court's own motion, be transferred to the proper

23  /////

---

[1] Plaintiffs name Jeannie Woodford, Director of the California Department of Corrections, as a defendant.  While Ms. Woodford resides within the area of the Eastern District covered by the Sacramento Division, it appears that plaintiff's complaint fails to state a claim upon which relief can be granted against Ms. Woodford.

1

1 | division of the court.  Therefore, this action will be transferred to the Fresno Division of the
2 | court.
3 |         Good cause appearing, IT IS HEREBY ORDERED that:
4 |         1. This action is transferred to the United States District Court for the Eastern
5 | District of California sitting in Fresno; and
6 |         2. All future filings shall reference the new Fresno case number assigned and
7 | shall be filed at:
8 |         United States District Court
        Eastern District of California
9 |         2500 Tulare Street
        Fresno, CA 93721
10 |
11 | DATED: October 30, 2006.
12 |
13 |         _____
        U.S. MAGISTRATE JUDGE
14 | 1
   will2543.22