# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WOODFORD, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　／ | CASE NO. 1:06-cv-1535-AWI-DLB PC<br><br>ORDER DENYING REQUEST FOR RETURN<br>OF EXHIBITS<br>(Doc. 17) |

　　Plaintiff John Wesley Williams ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 1, 2008, this court dismissed plaintiff's complaint, with leave to amend within 30 days. On February 19, 2008, plaintiff filed a request for the return of exhibits filed with his complaint on December 15, 2005. Plaintiff states that he is currently in administrative segregation, and does not have access to his legal property. Plaintiff therefore requests that the court return to plaintiff the filed exhibits, in order for him to complete his amended complaint.

　　Plaintiff is advised that the court does not return to a party materials filed with the court. Further, plaintiff is advised that the court cannot provide copy or mailing service for a party, even for an indigent plaintiff. Therefore, any copies plaintiff may need may be obtained at the cost of fifty cents per page.

　　Therefore, plaintiff's request for the return of the exhibits filed must be denied.

　　IT IS SO ORDERED.

**Dated:   February 26, 2008**　　　　　　　　　　　　__/s/ Dennis L. Beck__

1

1                                               UNITED STATES MAGISTRATE JUDGE