# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01535-AWI DLB PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 22) |

　　　　Plaintiff John Wesley Willaims ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The Court has screened Plaintiff's amended complaint, filed April 21, 2008, pursuant to 28 U.S.C. § 1915A and finds that service is appropriate on defendant T. Vasquez, based on Plaintiff's claims for relief for violation of the First Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service shall be initiated on the following defendants:

　　　　　　　　T. Vasquez

　　　　2.　　The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed April 21, 2008.

　　　　3.　　Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended dismissal of Plaintiff's other claims for violation of Rule 18(a). F.R.C.P. 18(a).

1

attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Two (2) copies of the endorsed amended complaint filed April 21, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **January 20, 2009**　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE