# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | CASE NO. 1:06-cv-01535-AWI DLB PC |
| Plaintiff, | ORDER DISREGARDING AS MOOT PLAINTIFF'S MOTION FOR COURT ORDER |
| v. | (Doc. 20) |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Plaintiff John Wesley Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2008, Plaintiff filed a motion seeking a court order to access his legal property held in Receiving and Release, including his exhibits, in order to file his amended complaint.

On March 17, 2008, the Court granted Plaintiff a thirty day extension of time to file his amended complaint. On April 21, 2008, Plaintiff submitted his amended complaint, which includes over 150 pages of exhibits.

Plaintiff's motion for a court order, filed March 10, 2008, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **January 20, 2009**           /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1