# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JEANNE WOODFORD, et. al.,<br><br>　　　　　　Defendants.<br>_____/ | Case No.: 1:06-cv-01535 AWI DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME<br><br>(Doc. 32) |

Plaintiff is a state prisoner proceeding pro se with a civil rights action. This action is proceeding on Plaintiff's first amended complaint filed on April 21, 2008 against defendant Vasquez ("Defendant") for violation of the First Amendment.

On April 27, 2009, Defendant filed a motion for an extension of time to respond to Plaintiff's first amended complaint. Good cause appearing, Defendant Vasquez is granted a thirty-day extension of time to respond to Plaintiff's complaint. Defendant's response to Plaintiff's complaint shall be due on or before May 27, 2009.

IT IS SO ORDERED.

Dated: **April 30, 2009**　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE