# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | CASE NO. 1:06-cv-01535-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION |
| v. | (Doc. 66) |
| JUAN D. THORNTON, et al., | |
| Defendants. | |

Plaintiff John Wesley Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 3, 2010, Defendant Vasquez filed a motion requesting leave to conduct Plaintiff's deposition via a video conference. (Doc. #66.) Plaintiff has not opposed the motion. The Court will grant the motion.

The Court notes that the deadline for conducting discovery has passed. Defendant shall notify the Court as to whether an extension of time is necessary to conduct the deposition.

Accordingly, it is HEREBY ORDERED that Defendant Vasquez's motion for leave to conduct Plaintiff's deposition via a video conference is GRANTED.

IT IS SO ORDERED.

**Dated:   August 13, 2010**               /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE