# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | CASE NO. 1:06-cv-01535-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION AND EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS |
| v. | |
| JEANNE WOODFORD, et al., | (Doc. 77) |
| Defendants. | SIXTY (60) DAY DEADLINE |

Plaintiff John Wesley Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2010, Defendant filed a motion requesting a modification of the scheduling order and an extension of the deadline for filing dispositive motions. (Doc. #77.) Defendant notes that he filed a motion to compel on August 4, 2010. Defendant requests that the dispositive motion deadline be vacated until the motion is resolved and any further discovery responses are received.

In an order issued concurrently with this order, the Court granted Defendant's motion to compel and ordered Plaintiff to provide Defendant with further responses to his discovery requests within thirty (30) days of the date of service of that order. The Court will modify the scheduling order and extend the dispositive motion deadline to accommodate the supplemental discovery responses.

///
///
///

1  Accordingly, it is HEREBY ORDERED that Defendant's motion is GRANTED and the
2  parties are granted sixty (60) days from the date of service of this order to file dispositive motions.

4  IT IS SO ORDERED.

5  **Dated:   November 2, 2010**                    **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE