# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01535-SMS PC<br><br>ORDER ADDRESSING INMATE COMMUNICATION<br><br>(ECF Nos. 89, 90) |

Plaintiff John Wesley Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2011, an order was issued ordering Plaintiff to provide the name and inmate number or date of birth of each inmate he believes has personal knowledge of facts relating to the this action in order for the Court to facilitate the communication between inmates. On April 8, 2011, Plaintiff filed a response providing the names of three inmates. Plaintiff did not provide a date of birth or inmate number for F. Williams and, without this information, the Court is unable to provide assistance in facilitating communication with the inmate. A letter will be issued requesting the institutions grant permission for communication between Plaintiff and potential witnesses J. Crosby and T. Gleason.[1]

IT IS SO ORDERED.

**Dated:　April 16, 2011**　　　　　　　　　/s/ Sandra M. Snyder

---

[1] Plaintiff identifies T. Gleason as an inmate, however according to the California Department of Corrections and Rehabilitation inmate locator he has been paroled and is not currently incarcerated.

1

UNITED STATES MAGISTRATE JUDGE