# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>JEANNE WOODFORD,<br><br>   Defendants.<br>_____/ | CASE NO. 1:06-cv-01535-SMS PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE A STATUS REPORT<br><br>(ECF No. 98)<br><br>FIFTEEN DAY DEADLINE |

Plaintiff John Wesley Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2011, the undersigned sent a letter requesting that Plaintiff be granted permission to communicate with inmate witness in this action. (ECF No. 92.) On May 3, 2011, a response was received stating that permission had been granted for Plaintiff to communicate with his inmate witnesses and a procedure was set in place. (ECF No. 93.) On June 27, 2011, Plaintiff filed a motion for an order directing Defendants to provide status regarding correspondence. (ECF No. 98.)

Plaintiff's objection to Defendants' motion for summary judgment is currently due on July 5, 2011. Accordingly, it is HEREBY ORDERED that Defendants' counsel shall file a status report on the inmate communication within **fifteen (15) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   June 28, 2011**                             /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE